AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-07254

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Apnar Pharma LP c/o Dharmesh Patel

was received by me on *(date)*   8-26-2022   .

☐ I personally served the summons on the individual at *(place)*
    on *(date)*    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Pre Patel   , who is
designated by law to accept service of process on behalf of *(name of organization)*   Apnar Pharma LP
on *(date)*   8-29-2022   ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $    for travel and $ 150.00    for services, for a total of $    150.00 .

I declare under penalty of perjury that this information is true.

Date: 8-31-2022

*Server's signature*

JEFFERY DUNN - PROCESS SERVER
*Printed name and title*

10808 FOOTHILL BL #19B, RANCHO CUCAMONGA, CA 91730
*Server's address*

Additional information regarding attempted service, etc:

    Pre Patel confirmed and verified they are authorized to accept service of Process on behalf
    of Apnar Pharma