

**DUNNING RIEVMAN & MACDONALD** LLP

ATTORNEYS AT LAW

Joshua D. Rievman
jrievman@drmlaw.com
646-435-0027

October 13, 2022

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: <u>Inventia Healthcare Limited v. Apnar Pharma LP, 22 CV 7254 (JLR)</u>

Dear Judge Rochon,

  We are counsel to defendant Apnar Pharma LP ("Apnar Pharma"), in the above-referenced matter and write with the consent of plaintiff's counsel to respectfully ask the Court for an extension of time to answer, move or otherwise respond to the complaint in this matter, from October 19, 2022 to and including November 18, 2022. We make this request because the clients are engaged in direct talks to see if there is a way to resolve this dispute and require more time to exchange information and have a follow up meeting.

  We also request an adjournment of the pretrial conference scheduled for November 9, 2022 because I will be attending a legal conference in California that week.

**Motion to Adjourn the Date to Respond to the Complaint**

  Pursuant to Section 1.F. of the Court's Individual Practices, Apnar Pharma states as follows with respect to motion to adjourn the date to respond to the Complaint:

(1) The request seeks an extension of time to answer, move or otherwise respond to the Complaint by 30 days, from October 19, 2022 to November 18, 2022.

(2) This is the second extension request of this deadline. The response to the Complaint was originally due on September 19, 2022. By letter motion dated September 13, 2022 (Docket 7) Apnar Pharma requested an extension of 30 days in which to answer, move or otherwise respond to the complaint, to and including October 19, 2022.

(3) Judge Broderick granted this request by Order dated September 14, 2022 (Docket 8).

(4) Plaintiff's counsel consents to this request.

**Motion to Adjourn the Pretrial Conference**

  Pursuant to Section 1.F. of the Court's Individual Practices, Apnar Pharma states as follows with respect to motion to adjourn the date pretrial conference:

Honorable Jennifer L. Rochon
October 13, 2022

(1) The request seeks an adjournment of the pretrial conference scheduled for November 9, 2022.

(2) This is the first such request for an adjournment of this deadline.

(3) Plaintiff's counsel consents to this request.

(4) The parties are both available the week after November 9 on November 14, 15, 16 and 17. If the Court prefers to hold the conference after the adjourned response date, the parties are both available November 28, 29 and 30, as well as December 1.

Respectfully Submitted,

Joshua D. Rievman

Copy: Aaron Loterstein, Esq.

The request to extend the deadline to answer is GRANTED. Defendant shall answer or otherwise respond to the Complaint by **November 18, 2022**.

The November 9, 2022 Initial Pre-Trial Conference is adjourned to **November 30, 2022** at 3:30PM.

Dated: October 14, 2022
New York, New York

SO ORDERED

_____
JENNIFER L. ROCHON
United States District Judge

00105562.1