**Fishkin Lucks**

500 7th Avenue, 8th Floor
New York, NY 10018
(646) 755-9200
www.fishkinlucks.com

Aaron Loterstein
aloterstein@fishkinlucks.com

December 16, 2022

**Via ECF**
Honorable Jennifer L. Rochon, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

    Re:    <u>Inventia Healthcare Limited v. Apnar Pharma LP, 22 CV 7254,</u>

Dear Judge Rochon:

We represent plaintiff Inventia Healthcare Limited in this matter. On November 18, 2022, counsel for defendant Apnar Pharma LP advised the Court that the parties had reached a settlement in principle and required time to finalize and document that settlement. By order dated November 21, 2022, Your Honor dismissed this action "without prejudice to the right to reopen the action within thirty days . . . if settlement is not consummated." ECF No. 15.

The parties have been working towards finalizing an agreement, but it is clear that settlement will not be consummated by December 21, 2022. Accordingly, Inventia respectfully requests that the Court extend by 45 days—through and including February 3, 2023—the deadline by which to apply to reopen the action. The parties are hopeful that this additional time will enable them to consummate a settlement.

Counsel for Apnar consents to this request. This is Inventia's first request for an extension of this deadline.

We thank the Court for its consideration.

Respectfully,

*Aaron Loterstein*

Aaron Loterstein

> The request is Granted. The Court shall grant the parties an additional forty-five (45) days, or until February 3, 2023, to file a motion to reopen the case.
>
> Dated: December 19, 2022
>        New York, New York
>
> SO ORDERED
>
> *Jennifer Rochon*
> JENNIFER L. ROCHON
> United States District Judge