UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INVENTIA HEALTHCARE LIMITED,<br><br>      Plaintiff,<br><br>v.<br><br>APNAR PHARMA LP,<br><br>        Defendant. | Case No. 1:22-cv-07254 |

### <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Inventia Healthcare Limited hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice and without costs.

Dated: February 2, 2023

*/s/ Aaron Loterstein*
Steven M. Lucks
S. Aaron Loterstein
FISHKIN LUCKS LLP
500 7th Ave., 8th Fl.
New York, NY 10018
646.755.9200
slucks@fishkinlucks.com
aloterstein@fishkinlucks.com
*Attorneys for Plaintiff*
