UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INVENTIA HEALTHCARE LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>APNAR PHARMA LP,<br><br>    Defendant. | Case No. 1:22-cv-07254 |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Inventia Healthcare Limited hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice and without costs.

Dated: March 18, 2025

                                        */s/ Aaron Loterstein*
                                        S. Aaron Loterstein
                                        FISHKIN LUCKS LLP
                                        233 Broadway, Suite 820
                                        New York, New York 10279
                                        646.755.9200
                                        aloterstein@fishkinlucks.com
                                        *Attorneys for Plaintiff*